﻿Citation Nr: AXXXXXXXX
Decision Date: 10/31/19 Archive Date: 10/31/19

DOCKET NO. 190814-25677
DATE: October 31, 2019

ORDER

The appeal is dismissed.

FINDINGS OF FACT

1. The RO issued a rating decision on January 17, 2019, prior to the implementation of the Appeals Modernization Act on February 19, 2019. 

2. In August 2019, the Veteran filed VA Form 10182 to request direct review of the January 2019 rating decision. 

3. The appeal is not properly before the Board. 

CONCLUSION OF LAW

The Board has no jurisdiction to adjudicate the merits of this appeal. 38 C.F.R. § 19.2; 38 C.F.R. § 3.2400. 

REASONS AND BASES FOR FINDINGS AND CONCLUSION

The Veteran had active service in the U.S. Navy from June 1962 to August 1966.

On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). AMA became effective on February 19, 2019.

In this matter, the AOJ issued a rating decision in January 2019. The Veteran filed a VA Form 10182 in August 2019 requesting direct review. An AMA appeal comes before the Board in one of three ways: 1) an appeal of a RAMP rating decision; 

2) an appeal of a rating decision with a notification letter dated on or after February 19, 2019; or 3) an appeal of a statement of the case or supplemental statement of the case issued on or after February 19, 2019. 38 C.F.R. § 19.2(d) (eff. Feb. 19, 2019); 38 C.F.R. § 3.2400.

After a review of the claims file, the Board notes that the Veteran had not opted into RAMP, nor was the January 2019 rating decision a RAMP decision. Additionally, the rating decision was issued prior to February 19, 2019. A SOC was not issued on or after February 19, 2019. Therefore, the appeal is not properly before the Board at the time, and the Board does not have jurisdiction and it is dismissed.

**The Board also notes that the Veteran has until approximately January 23, 2020 to file a legacy notice of disagreement appeal via VA Form 21-0958.**

(Continued on the next page)

 

If the claim remains denied and the Veteran disagrees with the Statement of the Case (SOC), the Veteran may then appeal his claim to the Board after filing a 

VA Form 9 within 60 days or may at that time opt-in to the modernized review system by filing for a review option under the new system. The Veteran will be provided notice of his options with the issuance of the SOC.

 

 

Paul Sorisio

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Garrett Morales, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.